PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender: Bernard Dwyer                                  Cr.: 08-00047-01
                                                                 PACTS Number: 50717

Name of Sentencing Judicial Officer: Honorable Susan Wigenton
                                     United States District Judge

Date of Original Sentence: 06/23/08

Original Offense: Conspiracy to Embezzle Funds from an Employee Benefit Plan

Original Sentence: Probation - 3 years; Special Assessment - $100; Restitution - $65,000

Type of Supervision: Probation                    Date Supervision Commenced: 06/23/08

### PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows:

### CAUSE

The offender was ordered to pay restitution at a monthly rate of at least $100. Dwyer has struggled with the ability to make this monthly payment due to his child support obligation and payment of other necessary living expenses. Due to his current financial status and his financial responsibilities for his child, it appears that he is only capable of paying a minimum of $50 per month toward the restitution. We are recommending that the monthly installment be modified to $50 per month.

Respectfully submitted,
By: Carolyn S. Johnson
U.S. Probation Officer
Date: 07/12/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date