PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Bernard Dwyer                                    Docket No.: 0800047-001

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton
                                     United States District Judge

Date of Original Sentence: 06/23/08

Original Offense: Conspiracy to Embezzle Funds from an Employee Benefit Plan

Original Sentence: Probation - 3 years; Special Assessment - $100; Restitution - $65,000

Type of Supervision: Probation                          Date Supervision Commenced: 06/23/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**You shall pay restitution in the amount of $65,000. The defendant shall make restitution in payments of no less than $100.00 per month.**

On June 23, 2008, the offender was court ordered to pay restitution in the amount of $65,000, by way of monthly restitution in payments of no less than $100.00 per month. On July 14, 2010, at the request of the Probation Office, Your Honor reduced the offender's monthly payment obligation from $100 to $50, due to financial hardship. As of this date, the offender has paid $1,490, however, there is a remaining restitution balance of $63,610.

U.S. Probation Officer Action:

To date, the offender has paid $1,490, leaving a balance due of $63,610. On July 14, 2010, at the request of the Probation Office, Your Honor reduced the offender's monthly payment obligation from $100 to $50, due to financial hardship. We believe that the offender has made a substantial effort toward meeting his restitution obligation to the best of his ability while under supervision. Since the offender has an outstanding restitution balance of $63,610, we recommend that the balance of collection efforts be turned over the Financial Litigation Unit (FLU) of the U.S. Attorney's Office, and that the offender's term of supervision be allowed to expire as scheduled as of June 22, 2011. The offender assures the Probation Office that he will continue to pay $50 per month until the restitution has been completely satisfied.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 05/02/11

**The Court directs that the following action be taken:**

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Summons

[ ] Submit a Request for Warrant

[ ] Other

[X] The Court Orders that Collection Efforts Be Turned Over to FLU, and that the Term of Supervision be Allowed to Expire as Scheduled on June 22, 2011.

_____
Signature of Judicial Officer

_____
Date